1

2

3

4          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
                    AT SEATTLE

5    HERNANDEZ,

6              Plaintiff(s),

7         v.                                    NO. C06-57P

8    WASBASH NATIONAL CORPORATION, et    STANDING ORDER REQUIRING
     al.,                                 SUBMISSION OF INFORMATION
9                                          REGARDING REMOVAL

10             Defendant(s).

11

12       Upon removal of the action and for good cause, the court orders the removing defendant or

13  defendants within seven (7) days of the date of this order to serve and file a submission providing the

14  following information:

15       1.    Have all defendants served at the time of removal joined in the removal?  Provide a full
               explanation if all defendants served at the time of removal did not join in the notice of
16             removal.

17       2.    On what date was the first defendant served?  On what date was the notice of removal
               filed?  Provide a full explanation if the notice of removal was dated more than thirty
18             (30) days after the first defendant was served.

19       3.    If the action has been removed on grounds of diversity jurisdiction, is any defendant
               served at the time of removal a citizen of the forum state?

20       4.    If the action has been removed on grounds of diversity jurisdiction, state the citizenship
21             of all named plaintiffs and all named defendants (including the citizenship of all
               members or partners in any non-corporate party), if such states of citizenship were not
22             set forth in the notice of removal.

23       5.    If the action has been removed on grounds of diversity jurisdiction, state the amount of
               damages in controversy.

24

25

26  ORD ON NOTICE OF RMVL - 1

1        If the plaintiff has a response to defendants' submission, such response, if any, shall be filed

2    and served within seven (7) days of the date of defendants' submission.  Any motion to remand the

3    action to state court based on any procedural defects in the removal must be filed thirty (30) days after

4    removal or sooner.  <u>See</u> 28 U.S.C. §1447(c).

5

6        The clerk is directed to send copies of this order to all counsel of record.

7

8        Dated:   January 18, 2006

9

10

11                                      Marsha J. Pechman

12                                      U.S. District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26    ORD ON NOTICE OF RMVL - 2